UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                     Case No. 23-30027
                                       Originating No. 4:23CR13

**JALENE JAMON YOUNG,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JALENE JAMON YOUNG,** to answer to charges pending in another federal district, and states:

1. On **January 25, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Mississippi based on an Indictment. Defendant is charged in that district with violation of 18 U.S.C. §924(a)(1)(A)- Making False Statements to Firearms Dealer.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        s/Regina McCullough
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Regina.mccullough@usa.doj.gov
        (313) 226-9618

Dated: January 25, 2023